# Court of Appeals
## Tenth Appellate District of Texas

10-25-00040-CR

Sherman Ray Gillespie,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
278th District Court of Walker County, Texas
Judge Hal R. Ridley, presiding
Trial Court Cause No. 28097

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Sherman Ray Gillespie was convicted of Sexual Assault of a Child and sentenced to 12 years and six months in prison. We affirm.

In his first issue, Gillespie contends the trial court denied his Sixth Amendment right to confrontation by denying Gillespie the ability to question the victim, T.W., about the details of a past sexual incident. Gillespie did not object based on a violation of his right of confrontation; thus his Confrontation

Clause argument, and this issue, is not preserved for review. *See* TEX. R. APP. P. 33.1(a); *Davis v. State*, 313 S.W.3d 317, 347 (Tex. Crim. App. 2010) (Confrontation Clause claims subject to preservation requirement); *Anderson v. State*, 301 S.W.3d 276, 280 (Tex. Crim. App. 2009). Accordingly, Gillespie's first issue is overruled.

Next, Gillespie asserts the trial court erred in denying Gillespie's motion for mistrial. Gillespie cites no authority to support his assertion. Accordingly, this issue is improperly briefed and presents nothing for review. *See* TEX. R. APP. P. 38.1(i); *Lucio v. State*, 351 S.W.3d 878, 896 (Tex. Crim. App. 2011); *see also Neville v. State*, 622 S.W.3d 99, 104 (Tex. App.—Waco 2020, no pet.). Gillespie's second issue is overruled.

Having overruled each issue on appeal, we affirm the trial court's judgment.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: October 23, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Affirmed
Do Not Publish
CR25



Gillespie v. State            Page 2